14-14-00703-cr
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/1/2015 4:18:23 PM
Accepted 9/3/2015 10:58:03 AM
ABEL ACOSTA
CLERK

FILED IN
COURT OF CRIMINAL APPEALS

September 3, 2015

ABEL ACOSTA, CLERK

**IN THE COURT OF CRIMINAL APPEALS**
**OF THE STATE OF TEXAS**
**NO. _____**

**PATRICK DALE EARVIN**
Appellant,

V.

**THE STATE OF TEXAS**

On Appeal from the
177TH District Court of
Harris County, Texas;
Trial Cause Numbers 1357121 &
1357122

## PETITIONER'S MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF SAID COURT:

PATRICK EARVIN, Petitioner in the above cause number, would respectfully request this Court to grant his motion to extend the time to file his petition for discretionary review. In support of said motion, Mr. Earvin would show unto the Court the following:

I.

This appeal lies from Mr. Earvin's convictions in *The State of Texas v. Patrick Dale Earvin,* Cause Numbers 1357121 and 1357122 in the 177th District Court of Harris County, Texas. Mr. Earvin was indicted on October 31, 2012, in District Court Cause Number 1357121, with indecency with a child and in District Court cause Number 1357122 with sexual assault of a child under seventeen years of age. Mr. Earvin filed a written Motion to Suppress on December 5, 2013 which, after a

hearing on December 9, 2014, was "granted in part" and "denied in part" by the trial court. Mr. Earvin then pled guilty and on August 27, 2014, was sentenced pursuant to agreement to sixteen (16) years in the Institutional Division of the Texas Department of Criminal Justice on both counts to run concurrently. Mr. Earvin's convictions were affirmed on July 7, 2015, by the Fourteenth Court of Appeals in Cause Nos. 14-14-00702-CR and 14-14-00703-CR. Mr. Earvin filed a Motion for Rehearing and a Motion for En Banc Reconsideration on July 21, 2015 and both were denied on August 27, 2015. Mr. Earvin's Petition for Discretionary Review is due September 28, 2015. This is Mr. Earvin's first request for an extension to file the petition for discretionary review.

## II.

Mr. Earvin's attorney of record, Daucie Schindler, is requesting an extension of time in order to further evaluate the complex issues involved in the case. Additionally, because Mr. Earvin is already in the custody of the Texas Department of Criminal Justice, it is difficult to communicate and more time is required in order to properly discuss with him the issues to be raised. An extension of time is necessary so that the petition for discretionary review can be timely filed and undersigned counsel can properly consult with Mr. Earvin. This motion is not made for the purpose of delay.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court will grant this requested extension of time to file the Appellant's Petition for Discretionary Review in the above cause for thirty days and extend the time for filing the petition until October 28, 2015.

Respectfully submitted,

Alexander Bunin
Chief Public Defender

*/s/ Daucie Schindler*
Daucie Schindler
State Bar No. 24013495
Assistant Public Defender, Harris County
1201 Franklin 13th Floor
Houston, Texas 77002
Daucie.Schindler@pdo.hctx.net
Tel:  713-368-0016
Fax:  713-368-9278

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing instrument was this day electronically served on counsel for the State and by mailing same to the following parties on this the 1st day of September, 2015:

Mr. Alan Curry
Harris County District Attorney's Office
Appellate Division

State Prosecuting Attorney
P.O. Box 12405
Austin, Texas 78711

*/s/ Daucie Schindler*
Daucie Schindler